*General Shea,* and *Messrs. Joseph B. Goldman* and *Walter J. Cummings, Jr.* for the United States.

No. 287. BARR *v.* UNITED STATES. October 9, 1944. Petition for writ of certiorari to the United States Court of Customs & Patent Appeals granted. *Mr. Albert MacC. Barnes* for petitioner. *Solicitor General Fahy, Assistant Attorney General Rao,* and *Messrs. John R. Benney* and *Walter J. Cummings, Jr.* for the United States.

No. 294. CITY BANK FARMERS TRUST CO., ADMINISTRATOR, *v.* McGOWAN, COLLECTOR OF INTERNAL REVENUE. October 9, 1944. Petition for writ of certiorari to the Circuit Court of Appeals for the Second Circuit granted. *Messrs. James Lloyd Derby, J. Seymour Montgomery, Jr.,* and *John K. Watson* for petitioner. *Solicitor General Fahy, Assistant Attorney General Samuel O. Clark, Jr.,* and *Messrs. Sewall Key, J. Louis Monarch, Carlton Fox,* and *Walter J. Cummings, Jr.* for respondent.

No. 335. TILLER, EXECUTOR, *v.* ATLANTIC COAST LINE RAILROAD CO. October 9, 1944. Petition for writ of certiorari to the Circuit Court of Appeals for the Fourth Circuit granted. *Mr. J. Vaughan Gary* for petitioner. *Messrs. Thomas W. Davis* and *Collins Denny, Jr.* for respondent.

No. 342. YOUNG *v.* HIGBEE COMPANY ET AL. October 9, 1944. Petition for writ of certiorari to the Circuit